Entered on Docket
May 08, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed May 8, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Daniel Wayne Garza, ) <br> ) <br> Debtor. ) <br> _____ ) | Case No. 14-41637 <br> Chapter 7 |

**MEMORANDUM REGARDING FAILURE TO FILE REQUIRED DOCUMENTS**

On April 16, 2014, the above-captioned debtor filed the above-captioned case. On April 17, 2014, the Court issued an order that the case would be dismissed if the debtor did not file certain required documents within fourteen (14) days of entry of that order (Docket No. 3).

The Court notes that although the debtor has filed most of the required documents in this case, the following documents remain unfiled:

**Declaration Concerning Debtor's Schedules (Official Form 6)**

**Statement of Financial Affairs (Official Form 7)**

Based on the foregoing, if the above documents are not filed within ten (10) days of entry of this Memorandum, the case will be DISMISSED pursuant to the Court's April 17, 2014 order.

**\*\*END OF MEMORANDUM\*\***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Daniel Wayne Garza |
| | 4900 Canada Valley Road |
| 3 | #162 |
| | Antioch, CA 95431 |
| 4 | |
| | Tevis Thompson |
| 5 | P.O. Box 1110 |
| | Martinez, CA 94553 |
| 6 | |
| | Office of the U.S. Trustee/Oak |
| 7 | Office of the U.S. Trustee |
| | 1301 Clay St. #690N |
| 8 | Oakland, CA 94612 |